FILED
MAY 20 2022
Clerk, U.S. District Court
By: [signature] Deputy Clerk

Nicholas D'andre Thomas
Name

Shawnee County ADult jail 501 South East 8th AVE.
Address

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Nicholas D'andre Thomas, Plantiff<br>*(Full Name)*<br><br>V.<br><br>Detective Ryan Hayden, 043, Defendant (s) | CASE NO. 20-cr-2781<br>(To be supplied by the Clerk)<br>22-3099-SAC<br><br>CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |

A. JURISDICTION

1) Nicholas D'andre Thomas *(Plaintiff)*, is a citizen of Kansas *(State)*

who presently resides at Shawnee County Adult Jail 501 South East 8th AVE. Cell 4" S" 8 *(Mailing address or place of confinement.)*.

2) Defendant Detective Ryan Hayden, 043 *(Name of first defendant)* is a citizen of

Topeka, Kansas *(City, State)*, and is employed as

Detective at Shawnee County Topeka police Department *(Position and title, if any)*. At the time the

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☐ No ☑. If your answer is "Yes", briefly explain:

3) Defendant ______________________________ is a citizen of
(Name of second defendant)

______________________________, and is employed as
(City, state)

______________________________. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐ . If your answer is "Yes", briefly explain:

______________________________

______________________________

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

______________________________

______________________________

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

On December 23, 2020 Detective Ryan Hayden, 043 Violated K.S.A 21-5905, K.S.A 46-251 and K.S.A 21-5904 When he made and filed a false statement of DNA results for criminal complaint #2020-0004546 8, Court case # 20-CR-2781, Falsely Claiming a follow-up report of DNA results on page 0050 of the complaint for Nicholas Thomas from the Kansas Bureau of Investigations as a possible investigative Lead of a DNA association occuring between the DNA profile generated from Anthony Davis's truck door and an offender DNA profile generated by the Oklahoma Bureau of Investigations for Nicholas Thomas and with out DNA submission form submitted to the KBI from Nicholas Thomas and with out DNA submission form submitted to the OBI from Nicholas Thomas, To Link accused Nicholas Thomas to the allege crime and crime scene at the comfort suites hotel on 6/6/20, Causing the false statements and report to have Nicholas Thomas accused, apprehended and put on trial with out material evidence to establish the complaint during a preliminary hearing on 3/15/21 and a pretrial conference on 6/16/21, thus preventing the release of Nicholas Thomas from police custody due to lack of probable cause and evidence

______________________________

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: K.S.A 21-5905 interference with the judicial process
Interference with the judicial process is knowingly or intentionally in any criminal proceeding or investigation making, presenting or using a false record, document or thing, with the intent that the record, document or thing, material to such criminal proceeding or investigation, appear in evidence to mislead a justice, judge, magistrate, master or law enforcement officer

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):
On December 23, 2020 Detective Ryan Hayden, 043 violated K.S.A 21-5905 when he made, presented, and used a false record of DNA results for Criminal Complaint #2020-00045468, Court case #20-cr-2781 falsely claiming a follow-up report of DNA results on page 0080 of the complaint for Nicholas Thomas from the Kansas Bureau of Investigation as a possible investigative lead of DNA association occuring between the DNA profile generated from Anthony Davis's truck door and an offender DNA profile generated by the Oaklahoma Bureau of Investigations for Nicholas Thomas with out DNA submission form submitted to the KBI from Nicholas Thomas and with out a DNA submission form submitted to the OBI from Nicholas Thomas, to link accused Nicholas Thomas to the allege crime and crime scene at the Comfort Suites hotel on 6/1/20, causing the record to have Nicholas Thomas accused, apprehended, and put on trial with out material evidence to establish the complaint during a preliminary hearing on 3/15/21 and a pretrial conference on 6/1/21, thus preventing the release of Nicholas Thomas from police custody due to lack of probable cause and evidence.

B) (1) Count II: K.S.A 46-251 Failure to file true statements of substantial interest defined and classified as a crime - K.S.A 46-251
Failure to file true stratement of substantial interest is intentionally filing a statement of substantial interest that contains any false statement

(2) Supporting Facts: On December 23, 2020 Detective Ryan Hayden, 043 violated K.S.A 46-251 when he failured to file true statement of DNA results for Criminal Complaint #2020-00045468, Court case #20-cr-2781 falsely claiming a follow-up of DNA results on page 0080 of the complaint for Nicholas Thomas from the Kansas Bureau of Investigation as a possible investigative lead of DNA association occuring between the DNA profile generated from Anthony Davis's truck door and an offender DNA profile generated by the Oaklahoma Bureau of Investigations for Nicholas Thomas with out DNA submission form submitted to the KBI from Nicholas Thomas and with out a DNA submission form submitted to the OBI from Nicholas Thomas, to link accused Nicholas Thomas to the allege crime and crime scene at the Comfort Suites hotel on 6/1/20, causing the false statement to have Nicholas Thomas falsely accused, apprehend and put on trial without material evidence to establish the complaint, during a preliminary hearing on 3/15/21 and a pretrial conference on 6/1/21 thus preventing the release of Nicholas Thomas from police custody due to lack of probable cause and evidence.

C) (1) Count III: K.S.A 21-5904 Interference with law enforcement

Interference with law enforcement is falsely reporting to a law enforcement officer, law enforcement agency or state investigative agency that a particular person has committed a crime, knowing that such information is false and intending that the officer or agency shall act in reliance upon such information

(2) Supporting Facts: On 12/23/20 Det. Ryan Hayden, 643 Violated K.S.A 21-5904 when he falsely reported a claim of DNA results to the Topeka police Department on page 0080 of Criminal Complaint #2020-00045468, Court case # 20-CR-2781, falsely claiming a follow up report of DNA results on page 0080 of the complaint for Nicholas Thomas from the Kansas Bureau of Investigations as a possible investigative lead of a DNA association occuring between the DNA profile generated from Anthony Davis's truck door and an offender DNA profile generated by the Oaklahoma Bureau of Investigations for Nicholas Thomas with out a DNA submission form submitted to the KBI from Nicholas Thomas and with out a DNA submission form submitted to the OBI from Nicholas Thomas, To link accused Nicholas Thomas to the allege crime and crime scene at the Comfort Suites hotel on 6/6/20, Causing the report to have Nicholas Thomas accused, Apprehended and put on trial with out material evidence to establish the complaint during a preliminary hearing on 3/15/21 and a pretrial conference on 6/14/21 thus preventing Nicholas Thomas release from police custody due to lack of probable cause and evidence.

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: ______

Defendants: ______

b) Name of court and docket number ______

______

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ______

______

d) Issues raised ______

______

e) Approximate date of filing lawsuit ______________________

f) Approximate date of disposition ______________________

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☑. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Proceedings have not been established in Court

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Release Relief, Money relief, TRO relief, ~~Injunct~~ injunctive relief Compensatory relief, Preliminary relief, Punitive relief, Indemnification relief, nominal relief, declaratory relief

______________________ Signature of Attorney (if any)

Nicholas D'andre Thomas
Signature of Plaintiff

______________________

______________________

______________________
(Attorney's full address and telephone number)